UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES FINLEY, CASE NO. 6:26-cv-1966

PLAINTIFF,

VS.

UNITED STATES OF AMERICA,

DEFENDANT.
______________________________/

**COMPLAINT**

Plaintiff, JAMES FINLEY, by and through undersigned attorneys, hereby brings this civil action for damages against Defendant, UNITED STATES OF AMERICA (hereinafter "U.S.A."), and states as follows:

**JURISDICTION, SERVICE, & VENUE**

1. This is an action for damages in excess of Seventy-Five Thousand Dollars ($75,000.00), for money damages, for injury caused by the negligent or wrongful acts or omissions of an employee of the United States Government while acting within the course and scope of her employment, under the circumstances where the Defendant, if a private person, would be liable to the Plaintiff.

2. This Court has jurisdiction under the Federal Tort Claims Act and the provisions of 28 U.S.C. §1346(b). Venue is proper in this Court pursuant to 28 USC §§1391(b)(2), 1402(b), and 2671.

3. At all times material to this action, Plaintiff, JAMES FINLEY, is a natural person residing in Orlando, Orange County, Florida.

4. Venue is proper in the Middle District of Florida, Orlando Division because the alleged incident occurred in Orange County Florida.

5. On or about October 22, 2025, Plaintiff's claims, in proper form and content and in accordance with federal law, were received by the United States Postal Service – the applicable federal agency – within two years after Plaintiff's claims accrued.

6. Pursuant to the provisions of 28 U.S.C. §2675, Plaintiff, JAMES FINLEY, provided written notice to the Defendant, U.S.A., of their claims for money damages. The Standard Form 95 form for Plaintiff are attached hereto and incorporated by reference herein respectively as Exhibit "A".

7. A period of more than six (6) months has transpired since the notice was given to the U.S.A. Defendant, U.S.A., has not made a final disposition of the claim. Accordingly, under 28 U.S.C. §2675(a), the failure of Defendant to make a final disposition constitutes a denial of Plaintiff's claims.

8. Plaintiff has exhausted his administrative remedies and is entitled to bring this action pursuant to 28 U.S.C. §2675 *et seq.*

## GENERAL ALLEGATIONS

9. At all times material hereto, Donald Medina, was acting in the course and scope of his employment with the United States Postal Service (hereinafter "USA"), an agency or subdivision of the Government of the United States.

10. On December 18, 2024, Donald Medina, operated a motor vehicle owned by the United States Postal Service, an agency or subdivision of the United States of America.

11. At that time and place, Donald Medina, was operating a motor vehicle in his capacity as an employee of the United States Postal Service, an agency or subdivision of the United States of America.

12. On that date, Donald Medina operated the motor vehicle with the knowledge, authority, consent or permission of the United States Postal Service.

13. At all times material hereto, Donald Medina was an agent, servant, or employee of the United States Postal Service, and was acting in the course and scope of her agency, service or employment with the United States Postal Service, an agency or subdivision of the United States of America.

14. On December 18, 2024, Donald Medina was delivering mail while operating a USPS motor vehicle traveling at or near the intersection of University Boulevard and SR-551 (North Goldenrod Road), in Orange County, Florida.

15. At that time and place, Plaintiff, JAMES FINLEY, was operating a bicycle, traveling at or near the intersection of University Boulevard and SR-551 (North Goldenrod Road), in Orange County, Florida.

16. At that time and place, Donald Medina negligently operated or maintained the motor vehicle, leading to Defendant's motor vehicle colliding with Plaintiff, JAMES FINLEY's bicycle.

17. As a proximate result of the negligence of Defendant and their employee, Plaintiff suffered injuries that would not have otherwise occurred.

18. The negligence of the Defendant's employee, as described above, caused or contributed to the injuries and/or damages sustained by Plaintiff.

**COUNT I: PLAINTIFF'S NEGLIGENCE CLAIM AGAINST THE UNITED STATES OF AMERICA**

19. Plaintiff, JAMES FINLEY, realleges and incorporates herein by reference Paragraphs 1 through 18, above.

20. Defendant, U.S.A.'s employee, Donald Medina negligently operated or maintained the motor vehicle, causing it to collide with Plaintiff's bicycle.

21. The negligence of the Defendant's employee, Donald Medina, as described above, caused or contributed to the injuries and damages sustained by Plaintiff, JAMES FINLEY:

a. Past and future physical pain and suffering;
b. Past and future mental anguish;
c. Past and future suffering, and emotional distress;
d. Past and future physical impairment and disability;
e. Past and future physical disfigurement;
f. Past and future reasonable charges necessary for medical care, nursing, hospital, rehabilitation services, custodial care, health care, supplies, attendant care expenses and other health services;
g. Past and future reasonable and necessary expenses for substitute domestic services;
h. Bodily injury and resulting pain and suffering;
i. Loss of capacity for enjoyment of life; and
j. Aggravation of a pre-existing condition.

22. These losses are either permanent or continuing, and Plaintiff, JAMES FINLEY, will continue to suffer these losses in the future.

**WHEREFORE**, Plaintiff, JAMES FINLEY, prays for relief as follows: That Plaintiff, JAMES FINLEY, be awarded all reasonable damages to make him whole from the injuries, damages, and losses suffered as a result of the negligence of Defendant, including both economic and non-economic damages. That Plaintiff be awarded reasonable costs and fees for the

prosecution of this action as allowed by law. That Plaintiff be awarded all other damages and compensation to which he may be legally entitled to under the facts and circumstances of this case.

## DEMAND FOR BENCH TRIAL

Plaintiff, JAMES FINLEY, demands a bench trial on all issues so triable of each and every one of the claims set forth above.

**WHEREFORE**, Plaintiff, JAMES FINLEY, demands judgment for damages, costs of suit and, to the extent allowed by law, prejudgment interest against the Defendant, the United States of America.

**RESPECTFULLY** submitted this DATED 3rd day of September, 2026.

**/S/ SCOTT J. LIOTTA**
SCOTT J. LIOTTA, ESQ.
Florida Bar No. 0037036
CHRISTIN SWANEPOEL STEVENS, ESQ.
Florida Bar No. 1049719
Dan Newlin Injury Attorneys
7335 W. Sand Lake Road, Suite 300
Orlando, FL 32819
Direct: (407) 987-3388
Fax: (321) 710-1434
Attorneys for Plaintiff
PRINCIPAL EMAIL ADDRESS:
Liotta.pleadings@newlinlaw.com
Personal Email Address:
(NOT for Service of Pleadings and Documents):
Christin.Swanepoel@newlinlaw.com
Scott.Liotta@newlinlaw.com
Melissa.Azeltine@newlinlaw.com

Melinda.Phillips@newlinlaw.com